Exhibit 51

J9 – screenshots of account activities

J10 – customer service records

J11 – account records

JJ12-14 – Businesses' policy documents

J15 – Consumer's purchase from Businesses' competitors

JJ16 & 17 – records of identity thefts

JJ18 & 19 – leading public commentaries and reporting on Businesses' and peers' data collection practices

JJ20-24 – literature for and about Consumer's profession

JJ 25 & 26 – records of Consumer's investment activities

J27 – credit rating


Annotations:

JJ9-11 and 15 are evidence related to Consumer's factual allegations;

JJ12-14 are evidence related to Consumer's claims that Businesses' handling of his account was fraudulent, unfair and deceptive for its inconsistency as well as for its deviation from corporate policies and protocols;

JJ12-15 are evidence related to Consumer's claims that Businesses engaged in fraudulent and anticompetitive bundling activities;

JJ18 and 19 are evidence related to Businesses' corporate policies and protocols and business models regarding data collection;

JJ16-17 and 20-24 are evidence related to Consumer's emotional damages calculations and particular mental vulnerabilities as a victim of fraud and malicious deceit;

JJ25-27 are evidence related to Consumer's investment activities and to his financial damages calculations.