UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
HAO ZHE WANG,

               Plaintiff,

    - against -

SKYPE COMMUNICATIONS SARL and
MICROSOFT CORPORATION,

              Defendants.
------------------------------------------------------------ x

Case No. 21 Civ. 8082 (LGS)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR SKYPE COMMUNICATIONS SARL AND MICROSOFT CORPORATION**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.1.1, Defendant Skype Communications SARL and Defendant Microsoft Corporation make the following corporate disclosures:

1. Skype Global SARL, through Skype Technologies SARL, is the parent corporation of Skype Communications SARL. Microsoft Corporation, a publicly held corporation, owns 10% or more of the stock of Skype Global SARL. No other publicly held corporation owns 10% or more of the stock of Skype Communications SARL.

2. Microsoft Corporation states that it has no parent company, and no publicly-held corporation owns 10% or more of its stock.

Dated: New York, New York
         December 6, 2021

                                    Respectfully submitted,

                                    DAVIS WRIGHT TREMAINE LLP

                                    By: */s/ Geoffrey S. Brounell*
                                          Geoffrey S. Brounell
                                          Mohammad B. Pathan

                                    1251 Avenue of the Americas, 21st Floor
                                    New York, NY  10020-1104

(212) 603-6404 Phone
geoffreybrounell@dwt.com
mohammadpathan@dwt.com

*Attorneys for Defendants Skype Communications SARL and Microsoft Corporation*

2