UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

HAO ZHE WANG,

                Plaintiff,                                21 **CIVIL** 8082 (LGS)

      -against-                                              **JUDGMENT**

SKYPE COMMUNICATIONS S.A.R.L, et al.,
                      Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 3, 2022, each of Plaintiff's arguments for vacatur of the Award are untimely and must be disregarded. Plaintiff's motion to vacate the arbitrator's award is DENIED, and Defendants' motion to confirm the arbitrator's award is GRANTED; accordingly, the case is closed**.**

**Dated**: New York, New York
          January 4, 2022

                                                                  **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

**BY:**                              *K. Mango*

                                                                    **Deputy Clerk**