UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Civil Action No.:1: 21-CV-08082-LGS

Hao Zhe Wang *pro se*           )
                                )
                                )
*vs*.                           )
                                )
Skype Communications S.a.r.l.., et al.   )
                                )
                                )
                                )

## Motion to Extend Time to File Notice of Appeal

Plaintiff respectfully petitions the Court for an extension of 30 days and to give him until April 16, 2022, to file the notice of appeal so that he may have additional time to study the rulings in this case and properly identify several issues that he may include in his appeal.

Respectfully,



HZ Wang