UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Civil Action No.:1: 21-CV-08082-LGS

| | |
|---|---|
| Hao Zhe Wang *pro se* ) | Defendants shall file a response, if any, to Plaintiff's request by **March 3, 2022**. |
| ) | |
| ) | Dated:  February 25, 2022 |
| *vs*. ) | New York, New York |
| ) | |
| Skype Communications S.a.r.l.., et al. ) | _____ |
| ) | **LORNA G. SCHOFIELD** |
| ) | **UNITED STATES DISTRICT JUDGE** |
| ) | |

**Motion to Extend Time to File Notice of Appeal**

   Plaintiff respectfully petitions the Court for an extension of 30 days and to give him until April 16, 2022, to file the notice of appeal so that he may have additional time to study the rulings in this case and properly identify several issues that he may include in his appeal.


   Respectfully,

   HZ Wang